**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

212.634.3045 direct
eraphan@sheppardmullin.com

July 12, 2016

**VIA ECF & FEDERAL EXPRESS**

Hon. Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   *Rosendo Sanchez, et al. v. 33rd Restaurant Group d/b/a Statler Grill, et al.,*
      *No. 15-CV-3605 (AKH)*

Dear Judge Hellerstein:

This firm (the "Firm") currently represents defendants 33rd Restaurant Group Inc. d/b/a Statler Grill and Vincent Polsinelli in the above-referenced action ("Defendants Statler Grill and Polsinelli"). However, the Firm intends to move to withdraw as counsel to Defendants Statler Grill and Polsinelli and will be submitting the appropriate withdrawal motion papers by tomorrow, July 13th. In light the motion for judgment filed by plaintiffs earlier today, we write now to give the Court prompt notice of our intent to move to withdraw.

Please contact me if you have any questions.

Sincerely,

Eric Raphan

cc:   Lou Pechman, Esq. (via email)
      Laura Rodriguez, Esq. (via email)
      Vincent Polsinelli (via fax)

SMRH:478529523.1