UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROSENDO SANCHEZ, on behalf of himself and all other similarly situated,<br><br>               Plaintiff,<br><br>      v.<br><br>33RD RESTAURANT GROUP INC. d/b/a STATLER GRILL, JOSEPH LAVELLE, LEONARD PASSARELLI and VINCENT POLSINELLI,<br><br>               Defendants. | 14 Civ. 3107 (CMM)<br><br>**NOTICE OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL TO DEFENDANTS 33rd RESTAURANT GROUP INC. d/b/a STATLER GRILL AND VINCENT POLSINELLI** |

      **PLEASE TAKE NOTICE** that upon the Affidavit of Eric Raphan, Esq., sworn to on July 13, 2016, as well as the accompanying Memorandum of Law, Sheppard, Mullin, Richter & Hampton LLP ("Sheppard Mullin") hereby moves this Court, before the Honorable Alvin K. Hellerstein in Courtroom 14D, United States Court House, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, for an Order pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York, granting Sheppard Mullin leave to withdraw as counsel of record to defendants 33rd Restaurant Group Inc. d/b/a Statler Grill and Vincent Polsinelli, in the above-captioned action.

Dated: New York, New York
July 13, 2016

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: ___/s/_____
   Eric Raphan
   (eraphan@sheppardmullin.com)
   Jonathan Stoler
   (jstoler@sheppardmullin.com)
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 653-8700
Facsimile: (212) 655-1727

*Attorneys for Defendants*
*33rd Restaurant Group Inc. d/b/a Statler Grill*
*and Vincent Polsinelli*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 13th day of July, 2016, I caused true and correct copies of : (i) the Notice of Motion for Leave to Withdraw as Counsel to Defendants 33rd Restaurant Group Inc. d/b/a Statler Grill and Vincent Polsinelli; (ii) the Affidavit of Eric Raphan in Support of Sheppard Mullin's Motion to Withdraw as Counsel to Defendants 33rd Restaurant Group Inc. d/b/a Statler Grill and Vincent Polsinelli; and (iii) the Memorandum of Law in Support of Sheppard Mullin's Motion for Leave to Withdraw as Counsel to Defendants 33rd Restaurant Group Inc. d/b/a Statler Grill and Vincent Polsinelli, to be served by the following means upon:

**Federal Express and Fax**
Vincent Polsinelli (in his personal capacity and as owner of Statler Grill)
Statler Grill
136 West 33rd Street
New York, NY 10001
*Defendants*

**The Court's Electronic Case Filing System**
Louis Pechman
Pechman Law Group PLLC
488 Madison Avenue
New York, NY 10022
(212) 583-9500
*Attorneys for Plaintiff*

/s/ Eric Raphan
Eric Raphan